IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRADLEY MARTINKOVICH,

       Plaintiff,            1:11-cv-3065-CL

     v.                     **ORDER**

OREGON LEGISLATIVE BODY,
et al.,

       Defendants.

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#7) and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although plaintiff did not file objections, I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error in the report.

1 - ORDER

Magistrate Judge Clarke's Report and Recommendation (#7) is adopted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this __12__ day of April, 2012

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER